JOSEPH V. QUEVEDO, D.D.S., et al., Appellants, v HOWARD B. FINE, D.M.D., et al., Respondents. [755 NYS2d 357] —Appeal from an order of Supreme Court, Monroe County (Stander, J.), entered February 4, 2002, which, inter alia, dismissed the second, third and fourth causes of action, denied plaintiffs' cross motion for summary judgment and directed plaintiffs to pay legal fees to defendants Michael Beyma, Esq., and Gordon Lipson, Esq., with respect to Beyma's and Lipson's preparation of a response to plaintiffs' cross motion to disqualify and to remove the examiner.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated at Supreme Court, Monroe County, Stander, J. Present—Wisner, J.P., Scudder, Burns and Hayes, JJ.

In the Matter of SEAN T., an Infant, Appellant. MICA B., Respondent. (Appeal No. 1.) [755 NYS2d 358] —Appeal from an order of Family Court, Monroe County (Kohout, J.), entered December 21, 2001, which directed respondent to reside with petitioner.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Yolanda B.*, 283 AD2d 426, 427; *Matter of Chad H.*, 278 AD2d 601). Present—Wisner, J.P., Scudder, Burns and Hayes, JJ.